UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 15 2005
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:05CR00388.FRB ) |
| JERI H. RUSSELL, | ) ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

1. At all times material to this Information the Communications Workers, AFL-CIO, Local 36047, the St. Louis Newspaper Guild, was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. On or about December 30, 2003, in the Eastern District of Missouri,

**JERI H. RUSSELL,**

the defendant herein, did willfully make and cause to be made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, a Form LM-2 Labor Organization Annual Report, a record on matters required to be reported in the annual financial report of the Communications Workers, AFL-CIO, Local 36047, the St. Louis Newspaper Guild, required to be filed with the Secretary of Labor.

All in violation of Title 29, United States Code, Section 439(c).

Respectfully submitted,

JAMES G. MARTIN
United States Attorney

DAVID M. ROSEN #23537
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, David M. Rosen, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
DAVID M. ROSEN #23537

Subscribed and sworn to before me this 15th day of July 2005.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK